**Order entered December 5, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01011-CR

**VANESSA ELAINE HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-81342-2021**

## ORDER

Before the Court is the State's November 30, 2022 motion for extension of time to file the State's brief. We **GRANT** the motion and **ORDER** the State's brief received with the motion filed as of the date of this order.

/s/ DENNISE GARCIA
JUSTICE